UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER INGRIS, | |
| Plaintiff, | Civ. Action No. 14-2404 (ES) |
| v. | |
| TATIANA DREXLER, et al., | REPORT AND RECOMMENDATION |
| Defendants. | |

This matter comes before the Court by way of a motion to dismiss Plaintiff Peter Ingris's ("Ingris") Amended Complaint for insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(5) and lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) filed by Defendant Czech News Center a.s., s/h/a Ringier Axel Springer Verlag CZ s.r.o. ("Ringier CZ").  See D.E. 65.  The Honorable Esther Salas, United States District Judge, referred the motion to the Undersigned for Report and Recommendation.  The Court held a hearing in this matter on September 9, 2014.

For the reasons set forth on the record on September 9, 2014, the Undersigned respectfully recommends that the District Court grant Ringier CZ's motion, and that all claims against Ringier CZ be dismissed for insufficient service of process and lack of personal jurisdiction.

The parties are reminded that they have fourteen days to file and serve objections to this Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Local Civil Rule 72.1(c)(2).

Date:  September 11, 2014          *s/ Michael A. Hammer*_____
                                   **UNITED STATES MAGISTRATE JUDGE**